UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - X

IN THE MATTER OF AN APPLICATION   UNSEALING ORDER
FOR A SEARCH WARRANT FOR:

A U.S. POSTAL SERVICE PRIORITY MAIL
PARCEL WITH TRACKING NUMBER          Mag. No. 16-6001
9114901496450380364458

- - - - - - - - - - - - - - X

Upon the application of Paul J. Fishman, United States Attorney for the District of New Jersey, by Assistant United States Attorney Melissa Wangenheim, for an order unsealing the above-captioned matter;

WHEREFORE, it is ordered that this matter be unsealed in its entirety.

Dated:   Newark, New Jersey
         January 21, 2016

_____
HONORABLE STEVEN C. MANNION
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF NEW JERSEY

RECEIVED IN THE CHAMBERS OF

JAN 19 2016

TIME: _____ M
HON. STEVEN C. MANNION, U.S.M.J.